UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY SERVICES, INC.,

    Plaintiff,

v.                                    Case No. 08-CV-14253

KIMBERLY D. BODDIE,

    Defendant.

                                        /

**ORDER DENYING IN PART PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

On October 6, 2008, Plaintiff filed its complaint and "Motion for Temporary Restraining Order and Preliminary Injunction" in the above-captioned matter. Having reviewed the motion, the court has determined that the requirements for issuing a temporary restraining order under Fed. R. Civ. P. 65(b) are not met in this case. Plaintiff's motion and complaint fail to establish that "immediate and irreparable injury, loss, or damage will result . . . before the adverse party or that party's attorney can be heard in opposition." Fed. R. Civ. P. 65(b)(1). Defendant will be allowed time to prepare a brief in response to the motion for preliminary injunction. Accordingly,

IT IS ORDERED that Plaintiff's "Motion for Temporary Restraining Order and Preliminary Injunction" is DENIED IN PART. Specifically, it is DENIED with respect to the request for a temporary restraining order.

IT IS FURTHER ORDERED that Plaintiff immediately serve this motion on Defendant. Defendant is DIRECTED to file an RESPONSE to the motion by **October 20, 2008**.

Finally, IT IS ORDERED that the court will conduct a preliminary injunction hearing on **October 23, 2008 at 9 a.m.** <u>Plaintiff and defendant's representative with full settlement authority are required to appear.</u>

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: October 7, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 7, 2008, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522